FILED
JUL 18 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr141-MHT |
| | ) | [8 USC 1326(b)(2)] |
| JOSE PINA-MONTOYA | ) | |
| | ) | |
| | ) | **INDICTMENT** |

The United States Attorney charges:

On or about June 7, 2007, in Montgomery County, Alabama, in the Middle District of Alabama, the Defendant,

JOSE PINA-MONTOYA,

being an alien, did knowingly re-enter and was found in the United States after having been removed on or about August 13, 2003 from Brownsville, Texas to Mexico, subsequent to a conviction for commission of an aggravated felony; to wit: Statutory Rape, in violation of Georgia Criminal Code 16-6-3, in the Superior Court of Clayton, Georgia, in case number 02-CR-1964-2; without obtaining the permission of the Secretary of Homeland Security or the Attorney General of the United States, in violation of Title 8, United States Code, Section 1326(b)(2).

A TRUE BILL.

*[signature]*
FOREPERSON

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
Christa D. Deegan
Assistant United States Attorney