IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 2:07-cr-141-MHT |
| | * | |
| JOSE PINA-MONTOYA, | * | |
| DEFENDANT | * | |

## MOTION TO CONTINUE

Comes now Defendant, Jose Pina-Montoya, by and through counsel of record, and moves the Court to continue the arraignment of Defendant and for cause states as follows:

1. The Court has set this matter for arraignment on August 1, 2007.

2. Counsel for Defendant will be out of State from July 28 through August 3, 2007.

3. Though Defendant is presently detained, he will not be prejudiced by a continuance of his arraignment.

4. As an alternative to a continuance, Counsel for Defendant would also be available for the arraignment of Defendant during the week of July 23, 2007.

Wherefore, the above matters considered, Defendant prays this Court grant his motion and continue the arraignment of Defendant to sometime the week of August 6, 2007 or reschedule arraignment of Defendant for sometime during the week of July 23, 2007.

Respectfully submitted this day, July 21, 2007.

        /s/Timothy C. Halstrom
        Timothy C. Halstrom
        Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

    I hereby certify that on July 21, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the appropriate counsel for the United States and to other interested parties:

        /s/Timothy C. Halstrom
        Timothy C. Halstrom
        Bar Number HAL021