IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR CASE NO.: 2:07cr141-MHT |
| | ) | |
| JOSE PINA-MONTOYA | ) | |

## <u>ORDER ON MOTION</u>

For good cause, it is

ORDERED that Defendant's Motion to Continue Arraignment, filed on July 21, 2007, (Doc #21), is GRANTED.  The arraignment currently set for August 1, 2007, in this case is  reset to July 25, 2007, at 9:00 a.m., Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama.  The Clerk shall provide an Interpreter for this proceeding.

DONE this 24th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE