**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| **v.** | * | **CR. NO. 2:07-cr-141-MHT** |
| | * | |
| **JOSE PINA-MONTOYA,** | * | |
| **DEFENDANT** | * | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Jose Pina-Montoya, by and through counsel of record, and gives notice to the Court of Defendant's intent to change his plea.

Respectfully submitted this day, August 8, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.


                                  /s/Timothy C. Halstrom
                                  Timothy C. Halstrom
                                  Bar Number HAL021