```
          IN THE DISTRICT COURT OF THE UNITED STATES
             FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION


UNITED STATES OF AMERICA        )
                                )
    v                           )     CRIMINAL ACTION NO.
                                )     2:07CR141-MHT
JOSE PINA-MONTOYA               )
```

ORDER

Upon the defendant's Notice of Intent to Change Plea (Doc. 25, filed August 8, 2007), it is

ORDERED that this case is set for proceedings pursuant to Rule 11 of the Federal Rules of Criminal Procedure on Thursday, August 23, 2007 at 3:30 p.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 13th Day of August, 2007.

```
                              /S/Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE
```