IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v.  * | CR. NO. 2:07-cr-141-MHT |
| * | |
| JOSE PINA-MONTOYA, * | |
|     DEFENDANT * | |

## MOTION TO EXPEDITE SENTENCING

Comes now Defendant, Jose Pina-Montoya, by and through counsel of record, and moves the court for an expedited sentencing hearing and in support thereof states as follows:

1. Defendant entered his plea of guilty to Count One of the Indictment on August 23, 2007 pursuant to a plea agreement.

2. As part of the agreement, the parties agreed to a sentence of time served. It is apparent that should defendant be sentenced as presently scheduled, he would be required to serve more time that required under the agreement.

3. The Immigration and Customs Enforcement Agency has placed an immigration detainer on the Defendant and it is contemplated that he will be deported as soon as his sentence is imposed.

4. The undersigned counsel has discussed this case with the U.S. Probation Officer Kevin Poole, who is assigned to prepare the Pre-Sentence Investigation Report (PSR). Based upon his review of the report compiled by pretrial services, including an interview of Mr. Pina-Montoya, Mr. Poole has concluded that he need not conduct an additional interview and that this case is appropriate for expedited sentencing.

5.	Rule 32( c)(1)(A)(ii) requires a presentence investigation to be conducted and a report submitted "unless the court finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553, and the court explains its finding on the record."

6.	Defendant contends such a finding can be made in this case and the interest of justice requires this court exercise its authority and sentence Defendant at the earliest practical time.

7.	Counsel for Defendant has discussed this motion with counsel for the government, Ms. Christa Deegan, who has no objection to an expedited sentencing in this case.

Wherefore the above matters considered, defendant prays this Court enter an order setting sentencing of Defendant at the earliest practical time.

Respectfully submitted this day, August 24, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021