IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr141-MHT |
| **JOSE PINA-MONTOYA** | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) Defendant Jose Pina-Montoya's motion to expedite sentencing (Doc. No. 31) is granted.

(2) Sentencing for defendant Pina-Montoya, now set for November 13, 2007, is reset for September 21, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 27th day of August, 2007.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**