IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr141-MHT |
| **JOSE PINA-MONTOYA** | ) | |

ORDER

It is ORDERED that the motion to discharge counsel (Doc. No. 40) is granted.

DONE, this the 29th day of October, 2007.

                      /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**